UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MICHAEL VITALE, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JAMES TILTON, Secretary, California ) <br> Department of Corrections and Rehabilitation, ) <br> ) <br> Respondents. ) | Civil No.08-cv-331 JLS (WMc) <br><br> **ORDER RE: RE-SUBMISSION OF REPORTER'S TRIAL TRANSCRIPT** |

In the Court's review of the Reporter's Transcript of trial in the above-entitled case, the Court has noticed that the copy provided by Respondents is missing multiple pages throughout. Therefore, the Court **hereby orders Respondents** *to resubmit a complete copy of the Reporter's Transcript of the trial* to the Court **no later than June 16, 2008.**

**IT IS SO ORDERED.**

DATED: June 6, 2008

                                                                                          _____
                                                                                          Hon. William McCurine, Jr.
                                                                                          U.S. Magistrate Judge
                                                                                          United States District Court

Copy to:

HONORABLE JANIS L. SAMMARTINO, UNITED STATES DISTRICT JUDGE

ALL COUNSEL OF RECORD